UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISIONS

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF EVERGLADES AIRBOAT MANAGEMENT, LLC, d/b/a CAPTAIN JACKS AIRBOAT TOURS as the Owner of the 2016 AON 18'6" AIRBOAT HIN AON02479E616, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, | CASE NO. |

**VERIFIED PETTITION FOR EXONERATION
FROM OR LIMITATION OF LIABILITY**

Petitioner, EVERGLADES AIRBOAT MANAGEMENT, LLC, d/b/a CAPTAIN JACKS AIRBOAT TOURS ("Petitioner"), as owner 2016 AON 18'6" AIRBOAT HIN AON02479E616, in an action for exoneration for or limitation of liability, civil and maritime states:

1. This is an action within the Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1333 and 46 U.S.C. §§ 182-189 et seq. and pursuant to Rule 9(h) and Supp. Rule F., Fed.R.Civ.P.

2. At all material times, Petitioner was and is a corporation organized and existing pursuant to the laws of the State of Florida.

3. At all material times, Petitioner was and is the registered owner of the 2016 AON 18'6" AIRBOAT HIN AON02479E616 ("Vessel").

CASE NO.

- 2 -

4. At all material times, the Vessel was in all respects tight, strong, staunch and properly manned, equipped and supplied and were in all respects seaworthy and fit for the service in which she was engaged.

5. The Vessel is located within this District, therefore, venue is proper pursuant to Supp. Rule. F.

6. On November, 22, 2016, the Vessel embarked on a voyage that began and ended in Everglades City, Florida, on the Panther Creek waterway.

7. During said voyage the Vessel allided with a tree.

8. As a result of the allision, Sheila Weir, Shelly Rastin, Linda Ashworth, R.W., a minor, and T.S., a minor, ("Claimants") were allegedly injured.

9. Upon information and belief, the Claimants are all represented by Lawrence Trias, Esq., The Pendás Law Firm, 4244 Evans Ave Suite A, Fort Myers, FL 33901.

10. The casualty was not caused or contributed to by any fault, neglect or lack of care on part of Petitioner or the Vessel, its owners, operators, officers, crew or others for whom Petitioner was or is responsible.

11. Petitioner denies that it, the Vessel or any person or property for whom it may be responsible is liable to any extent in the premises and in that regard Petitioner claims exoneration from liability for all claims, damages and destruction done, occasioned or incurred by any reason of the matters aforesaid.

12. In the alternative, and without admitting liability, Petitioner avers that in the event Petitioner or the Vessel should be held responsible to any party by reason of the matters aforesaid, Petitioner claims the benefit of the limitation of liability as provided for in 46 U.S.C. Appx. §§ 182-189 and all law supplementary thereto and amendatory thereof.

13. All losses, damages, injuries and destruction resulting from the aforesaid casualty were done, occasioned and incurred without fault on the part of Petitioner and without Petitioner's privity or knowledge.

14. Further, Petitioner pleads the contributory negligence and/or assumption of risk of Claimants, which negligence is pled as bar to and/or mitigation of any right to recover herein.

15. Petitioner reasonably believes the Vessel had a fair market value of no more than approximately $18,108.20 immediately after the November 22, 2016 incident. See Exhibit A.

16. There was no pending freight on the Vessel on November 22, 2016.

17. Contemporaneously hereto, Petitioner has filed a Letter of Undertaking in the sum of $18,108.20 plus interest at the rate of six percent (6%) per annum, from the date of the Letter of Undertaking, said sum being not less than the amount or value of Petitioner's interest in the Vessel following the incident. Exhibit B.

18. This Verified Petitioner has been filed within six (6) months of receipt of the first claim in writing.

19. All and singular, these premises are true and correct and within admiralty and maritime jurisdiction of this Honorable Court, pursuant to Rule 9(h) and Supp. Rule F., Fed.R.Civ.P.

WHEREFORE, Plaintiff, EVERGALDES AIRBOAT MANAGEMENT, LLC, d/b/a CAPTAIN JACKS AIRBOAT TOURS, respectfully requests that the Court:

(a) enter an Order, attached hereto as Exhibit C, approving the Letter of Undertaking filed by Petitioner for payment into the Court of Petitioner's interest in the Vessel immediately after the incident or such other amount which may be lawfully ordered by the Court, with interest as provided by law from the date of said stipulation;

(b) that on filing of the Letter of Undertaking, the Court enter Order, attached hereto as Exhibit C, directing issuance of a Notice, attached hereto as Exhibit D, to all persons, firms and corporations claiming damage for any and all losses, damages, destructions, deaths or injuries, resulting from the November 22, 2016 incident, admonishing each of them to file their claim with the Clerk of this Court and serve copies of said claims on counsel of record for Petitioner on or before the date fixed by the Court in the notice or be forever barred or permanently enjoyed from making or filing any such claims to make due proof of their respective claims before this Court,

(c) that on filing of the Letter of Undertaking above described, the Court enter an Order, attached hereto as Exhibit C, staying prosecution of all suits and proceedings against Petitioner to recover for damages allegedly arising out of or resulting from the November 22, 2016 incident and from this time forward restraining commencement of any suit, action or legal proceeding or any nature or description whatsoever against Petitioner or the Vessel with respect to any claim arising out of the incident or voyage described above;

(d) that the Court enter a judgment that Petitioner and the Vessel is not liable for any losses, damages, deaths, injuries, destruction, or any other claim whatsoever airings out of the November 22, 2016 incident and accordingly Petitioner be exonerated from any and all liability which has been or may be claimed against them as a result of this voyage and incident or, in the alternative, if such liability is found to exist, that Petitioner's liability be limited to the amount of the value of Petitioner's interest in the Vessel and pending freight immediately after the November 22, 2016 incident and that the money or security paid be divided pro rata among such Claimants as may duly prove their claims before this Court, saving to all parties any priorities that they may be legally entitled to, and that judgment and decree be entered discharging

CASE NO.

- 5 -

Petitioner and the Vessel of and from all further liability and forever enjoin and prohibit filing and prosecution of any claims against Petitioner or their property in consequence of or in connection with the matters and happening referred to in this Verified Petition; and,

(e) that Petitioner have any further relief the Court determines is equitable and just.

Dated: January 16, 2018

        Respectfully submitted,

        /s/ James N. Hurley
        James N. Hurley
        Fla. Bar No. 354104
        Email: jhurley@fowler-white.com

        Christine M. Walker
        Fla. Bar No. 98166
        Email: cwalker@fowler-white.com

        FOWLER WHITE BURNETT, P.A.
        Brickell Arch, Fourteenth Floor
        1395 Brickell Avenue
        Miami, Florida 33131
        Telephone:  (305) 789-9200
        Facsimile:   (305) 789-9201

CASE NO.

## VERIFICATION

The undersigned, Aashish Patel, Owner of Everglades Airboat Management, LLC, d/b/a Captain Jacks Airboat Tours swears: (1) that he is authorized to make this verification on behalf of Petitioner; (2) that knowledge of the facts stated in this Verified Complaint is derived from review of documents generated by or in the possession of Everglades Airboat Management, LLC, d/b/a Captain Jacks Airboat Tours and (3) confirm the facts alleged in this Verified Petition are true and accurate to the best of his knowledge.

Dated this 15 day of January, 2018.

_____
Aashish Patel
Owner, Everglades Airboat Management, LLC
d/b/a Captain Jacks Airboat Tours

STATE OF FLORIDA           )
                           )
COUNTY OF   LEE            )

On January 15, 2018, before me, Stacey M Thrasher, a Notary Public, personally appeared Aashish Patel, personally known to me (or who proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

STACEY M. THRASHER
MY COMMISSION # FF 149694
EXPIRES: August 22, 2018
Bonded Thru Budget Notary Services

4849-8062-7516, v. 1